**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 499 WAL 2018

           Respondent       :

                              :    Petition for Allowance of Appeal from

                              :    the Order of the Superior Court

           v.                  :

                              :

CHRISTOPHER FREEMAN,         :

                              :

           Petitioner         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.